EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teole*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-119-205

**Effective Date of Registration:**
December 11, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

     **Title of Work:** Fenrir: The Monster Wolf of Norse Mythology

## Completion/Publication
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

    **Year of Completion:** 2016
   **Date of 1st Publication:** January 01, 2016
  **Nation of 1ˢᵗ Publication:** United States

## Author
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

-     **Author:** Douglas Joseph Cavanaugh
   **Author Created:** 2-D artwork
     **Citizen of:** United States
     **Year Born:** 1984

## Copyright Claimant
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

   **Copyright Claimant:** Douglas Joseph Cavanaugh
            PO Box 111, Ferndale, PA, 18921, United States

## Rights and Permissions
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

   **Organization Name:** Celtic Hammer Club
        **Name:** Douglas Cavanaugh
        **Email:** celtichammerclub@gmail.com
      **Telephone:** (908)642-4827
    **Alt. Telephone:** (908)642-4827
       **Address:** 9115 Easton Road, PO Box 111
             PO Box 111
             Ferndale, PA 18921 United States

## Certification

**Name:** Douglas J Cavanaugh
**Date:** December 11, 2017



