UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Douglas Cavanaugh

                Plaintiff

                Case No: 24-cv-380-JHR

v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                Defendants.

------------------------------------------------------------x

## [PROPOSED] ORDER FOR RELEASE OF BOND OBLIGATION

The Court, having considered Plaintiff's motion for release of bond obligation relating to the security posted pursuant to Fed. R. Civ. P. 65(c) (ECF No. 43), and good cause appearing, finds that Plaintiff has voluntarily dismissed all remaining claims in this Action. See ECF No. 42. As such, no active claims or parties remain before the Court, and this action is closed.

IT IS HEREBY ORDERED that the cash bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) shall be, and hereby is released. The Clerk of Court is directed to issue payment made payable to Axenfeld Law Group LLC and mail it to: 535 N. Church St. #304, West Chester, Pennsylvania 19380.

SO ORDERED

Dated: October __8__, 2025

                                                                                           */s/ Jennifer H. Rearden*
                                                               Hon. Jennifer H. Rearden
                                                              United States District Judge